UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                              Chapter 13

CHRISTOPHER BYER THOMAS AND                     Case No. 10-B-23600
MICHELLE RENE THOMAS,

                              Debtors,

------------------------------------------------------x

                   TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW
 YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

       CLAIMANT(s)' NAME &
       LAST KNOWN ADDRESS                                       AMOUNT OF DIVIDEND

       Mr. & Mrs. Thomas                                                    $50.00
       225 Wells Street
       Peekskill, New York 10566                                           refund

   Trustee's check to your order in the sum of $50.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
         August 26, 2011

                                                           Respectfully submitted,
                                                          */s/ Jeffrey L. Sapir*
                                                          JEFFREY L. SAPIR